**Order filed September 3, 2015.**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-15-00357-CR

———————

**ERIK KUETHER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from County Criminal Court at Law No. 7**
**Harris County, Texas**
**Trial Court Cause No. 1935745**

---

### ORDER

The reporter's record in this case was originally due June 1, 2015. *See* Tex. R. App. P. 35.1. This court granted the court reporter's second request for extension of time to file the record until August 31, 2015. On August 28, 2015, the court reporter filed a third motion for extension of time to file the record, until September 30, 2015. Finding the court reporter has alleged exceptional circumstances, we **GRANT** the request and issue the following order.

We order Sandra Powell, the court reporter, to file the record in this appeal **on or before September 30, 2015. No further extension will be entertained absent exceptional circumstances**. The trial and appellate courts are jointly responsible for ensuring that the appellate record is timely filed. *See* Tex. R. App. P. 35.3(c). If Sandra Powell does not timely file the record as ordered, the Court may issue an order directing the trial court to conduct a hearing to determine the reason for the failure to file the record.


PER CURIAM